UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CEDRIC SPEARS (#352089)

VERSUS

WARDEN TAPPIN, ET AL

CIVIL ACTION

NO. 08-269-JJB-SCR

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED AUG 1 4 2008
CLERK'S OFFICE

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 14, 2008 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 14th day of August, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE